ORIGINAL

Yurie Yamano
2024 Lime Street
Honolulu, Hi. 96826

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2018

at 3 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THIS DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| Yurie Yamano, | ) | CIVIL NO. CV18 00078 SOM RLP |
| | ) | CIVIL LAW SUIT OF MEDICAL |
| Plaintiff, | ) | MALPRACTICE THAT VIOLATES |
| | ) | U.S. CONSTITUTIONAL LAW |
| vs. | ) | REGARDING STATE MEDICAL |
| STATE OF HAWAI'I JUDICIARY | ) | MALPRACTICE LAWS IN THE STATE |
| DOCTOR KEIICHI KOBAYASHI, | ) | OF HAWAI'I THAT VIOLATES FEDERAL |
| AND DOCTOR KATIE HUANG, | ) | DUE PROCESS OF FIFTH & FOURTEENTH |
| | ) | AMENDMENT: DEMAND FOR JURY TRIAL: |
| Defendants. | ) | |

### CIVIL LAW SUIT OF MEDICAL MALPRACTICE THAT VIOLATES U.S. CONSTITUTIONAL LAW REGARDING STATE MEDICAL MALPRACTICE LAWS IN THE STATE OF HAWAI'I THAT VIOLATES FEDERAL DUE PROCESS OF FIFTH & FOURTEENTH AMENDMENT

This is a civil law suit under the United States Constitution filed by the Plaintiff Yurie Yamano (herein after **"Plaintiff"**) for the violation of constitutional due process rights of the Fifth and Fourteenth Amendment calling into question a state law that is more restrictive than the U.S. constitution provides, that led to malpractice issue that deprived the Plaintiff property and life of the illegal removal of the plaintiff's gallbladder without the Plaintiff's consent and authorization.

I. **JURISDICTION**

That this court have jurisdiction under 28 U.S.C. § 1331 federal question, HRS § 662-2, 3, 11. 42 USC 1983 for the State of Hawai'i judiciary.

1

## II. **PARTIES**

1. Plaintiff Yurie Yamano, (herein after **"PLAINTIFF"**) was and is at all times relevant herein, the plaintiff is from Japan legally working in the United States and have a valid green card, and has been in the United States for 12 plus years. The Plaintiff works at the Halekulani Hotel.

2. Defendant STATE OF HAWAI'I judiciary (herein after **"STATE"**) was and is at all times relevant hereto, as the State of Hawaii's, tribunal to decide cases in accordance with federal constitutional laws. The duty of the Hawaii judiciary is to uphold federal laws and to ensure that state laws are not more restrictive than the U.S. Constitutions' right to sue provides.

3. Defendant DOCTOR KEIICHI KOBAYASHI (herein after **"Kobayashi"**) was and is at all times relevant herein a practicing GP in medicine in the State of Hawaii, with a duty under oath to do no harm, did harm to the Plaintiff by misdiagnosing the Plaintiffs' who was suffering from gallstones inflammation.

4. Defendant DOCTOR KATIE HUANG (herein after **"HUANG"**) was and is at all times relevant herein practicing as a surgeon of medicine in the State of Hawaii, with a duty under oath to do no harm, did harm to the Plaintiff by removing the Plaintiff's gallbladder without any prior informed consent, thus violated the Plaintiff's constitutional rights to property and life under the Fifth and Fourteenth Amendment.

## III. **ALLEGED FACTS OF THE CASE**

5. In the year Jan. 12, 2012, the plaintiff was having serious excruciating stomach pains while sleeping, the plaintiff was vomiting. Defendant Kobayashi did not run any blood test to determine what could be the cause of the plaintiff's stomach pains.

6. The defendant Kobayashi ordered an ultra sound scan, his diagnoses was gastroenteritis. This went on for three years, suffering with excruciating stomach pains. Three years from 2012, the plaintiff

was seeing Defendant Kobayashi for the same pains, his diagnoses was the same gastroenteritis and infusion for dehydration and prescribe fasting 3 days to a week and eat light meals.

7. Three years later in 2014, the plaintiff was admitted to emergency ward at 6:16am at Straub Clinic and Hospital for the same pains the Plaintiff was suffering from. It was later diagnosed and determined that the Plaintiff was suffering from gallstones.

8. Defendant Kobayashi, ordered a blood test on Jan. 30, 2014 which showed high elevation of white blood cells. Defendant Kobayashi, never read the test results.

9. The Straub Clinic and Hospital Emergency Room Doctor Kubota, diagnosed the plaintiff as having found 25 to 35 non-calcified gallstones. Defendant Kobayashi misdiagnosed the plaintiff.

10. Jan. 31, 2014, the plaintiff went to surgery, Defendant Huang, allegedly never followed hospital protocol and did not afford or offer any interpreter for the Plaintiff, as the Plaintiff first language is Japanese and does not understand English well.

11. The Plaintiff was not briefed, on what course of action Defendant Huang, was going to take as far as sugary is concerned. There were no plans agreeing to the course of action or to conduct to have discussions to remove the Plaintiff's gallbladder. The Defendant Huang, stressed that she was going on vacation immediately right after surgery, and that she'll be gone for a week.

12. At no time did she asked if the Plaintiff wanted to remove her gallbladder. Only removal of the stones in the bladder, was discussed, and not the removal of the whole gallbladder.

13. After the surgery on Jan 31, 2014, the plaintiff asked the nurse and she gave plaintiff the opportunity to keep my gallstones taken out of plaintiff's gallbladder. The plaintiff is thinking that she still has her gallbladder.

14. While recovering a Doctor than poked his head in and said they reduced it to 15 stones, then left.

15. The Plaintiff was discharged without any further explanation of the procedure done to her.

16. Two days later, on February 2, 2014, the Plaintiff received her discharge instructions in the hospital

folder claiming that they did a **_Laparoscopic Cholecystectomy_** (Medical term for **_Removing the Gallbladder_**). At no time did the Plaintiff agreed to this procedure.

17. The actions of the defendant State of Hawai'i exacerbated the problem by going against public policy of substantive and procedural due process rights that requires adequate notification or even under the more stricter rules that requires notification, the notification must be a printed document or some form of advertisement depicting a fair warning that "should you experience any form of doctor misconduct you should first exhaust your state Medical Conciliary Board or, Counsel, before filing law suits. No notification was ever given to the plaintiff.

18. Defendants State of Hawai'i was given the opportunity to correct its erroneous decision only to again violate the plaintiff guaranteed rights under Fifth and Fourteenth Amendment law that requires due process.

19. The Plaintiff has a right to know exactly what the procedure entails what is expected and what will be taken out or replaced with under the State of Hawai'i Due process clause that parallels that of the US. Constitutions Fifth and Fourteenth Amendment and the issues of life and the pursuit of happiness.

20. In the case at bar, the plaintiff was never given any notice that her gallbladder was going to be removed. **_HRS 671-3_** is the statute for **_Informed Consent_** The plaintiff was never informed of the procedures direction to remove the plaintiff's gallbladder.

21. The State law also restricts the plaintiff to directly sue the defendant, but instead places a burden on the plaintiff to seek a medical Conciliary board before filing law suits, this action only delays the process of filing a suit directly in court.

22. Thus, its more restrictive than both constitution that requires no hurdles or hoops to jump through, in order to file suit. This law is unconstitutional on its face because it restricts the individual from obtaining a tribunal in obtaining relief, rather than spending time delaying of crucial time to file a law suit.

23. The *HRS 671-3* statute is meant to discourage any individual from filing suits in malpractice cases. As a matter of fact, there are no brochures telling you where and how to file and under what reason you can file a law suits.

24. There is no visible phone number you can call if faced with a medical problem, or if you decide to sue who do you contact, and even if they have something printed, it's supposed to be in plain sight not hidden in some obscure place. There is no notice of any kind posted or otherwise.

25. The defendants State of Hawai'i never recognizes any of the plaintiff due process rights, procedural or substantive, under both State and Federal Constitution Fifth and Fourteenth Amendment and corresponding state constitution.

**FIRST CAUSE OF ACTION**

26. The plaintiff incorporates by reference 1 through 16 that the defendants Kobayashi and Huang did not care for the plaintiff, and let the plaintiff suffer excruciating pain and endure a loss of a healthy organ which restricts the plaintiff from eating certain foods. That the defendant's malpractice as alleged herein amounts to compensatory damages as stated herein as an entitlement, for the lack of due process of notifying the plaintiff of what kind of procedure is to be used and what is going to be taken out, replaced or put in.

**SECOND CAUSE OF ACTION**

27. The plaintiff incorporates by reference 1 through 16 that the defendants Kobayashi and Huang did not care for the plaintiff, and let the plaintiff suffer excruciating pain. That the actions of the defendant as stated above made the plaintiff suffer undue pain that if corrected by the right diagnoses wouldn't have to endure the pain and suffering for three years. Thus, the action of the defendant Kobayashi, was not to heal the plaintiff, but to enrich himself for every visit that the plaintiff has to pay a co-pay fee of $20.00 for every office visit. This action is tantamount to medical

malpractice to not diagnose but take the co-pay, which warrants the penalty of punitive damages as stated herein.

### THIRD CAUSE OF ACTION

28. The plaintiff incorporates by reference 1 through 16 that the defendants Kobayashi and Huang did not care for the plaintiff, and let the plaintiff suffer excruciating pain. The Plaintiff's loss of her organ prohibits the plaintiff from eating oily foods which deprives the plaintiff the quality of life to choose what the plaintiff wants to consume.

29. Now the plaintiff does not have that choice, because if you try to eat a fatty meal after gallbladder surgery, your body may not be able to digest it well. You may experience diarrhea, abdominal bloating and excess gas in the form of belching and/or flatulence. The diarrhea may be severe enough that you can't control it well.

30. The plaintiff's quality of life went into more pain and suffering, as to grant the plaintiff both compensatory damages and punitive damages against defendant's Huang and Kobayashi, for the mistreatment and malpractice the plaintiff has endured.

31. The actions of the defendants deprived the plaintiff the quality of life to choose and to enjoy under the U.S. Constitutions Fifth and Fourteenth Amendment to due process and to property and life in the pursuit of happiness. The actions of the defendants cut that life short and the pursuit of happiness is cut short by the defendant's actions.

### FOURTH CAUSE OF ACTION

32. The plaintiff incorporates by reference 17 through 31 that the defendant State of Hawai'i, abused its discretion in not recognizing the Constitutional Due process violations.There is no excuse for the State of Hawaii's judiciary, they granted the plaintiff's writ of certiorari and a few months later say that they improvidently granted it. The plaintiff's writ cited many federal cases regarding substantive and procedural due process most of which are the supreme law of the land as according to Art. 6 cl.

2 of the United States constitution, that "judges in every state are bound thereby," The action of the State judges represents treason and levying war with the United States. Not following public law.

33. **INJUNCTIVE RELIEF**

34. Grant injunctive relief that flyers will handed out or located in the jacket the hospital provides to every patient that's being discharged from any medical facility he or she is to be informed as to who to talk too (name and number) or contact (name, address and ph. No.) should a procedure that you went through, experienced any form of misconduct or medical malpractice by any doctor.

35. Grant injunctive relief as to failure to abide by this procedure will pay the dividends to the plaintiff of $500,000 per violation once filed in any court record.

IV. **DECLARATORY JUDGMENT**

Grant declaratory judgment against the State of Hawai'i for grossly violating the Plaintiff's rights acting in absence of all jurisdiction Per *Stump et al v. Sparkman et vir.*,.435 U.S. 349 (1978), not following public policy which is also considered as treason and not a function of a sitting judge.

**COMPENSATORY DAMAGES**

36. Grant compensatory damages in the following amounts against defendants as named herein.

37. $10,000,000,00 against Defendant Kobayashi, for any and all allegations complained of in this complaint.

38. $10,000,000,00 against Defendant Huang, for any and all allegations complained of in this complaint.

39. $10,000,000,00 against Defendant State of Hawai'i Judiciary for any and all allegations complained of in this complaint.

**PUNITIVE DAMAGES**

40. Grant Punitive damages in the following amounts against defendants as named herein.

41. $10,000,000,00 against Defendant Kobayashi, for any and all allegations complained of in this

complaint.

42. $10,000,000,00 against Defendant Huang, for any and all allegations complained of in this complaint.

43. $10,000,000,00 against Defendant State of Hawai'i judiciary, for any and all allegations complained of in this complaint.

44. And grant any other claims of relief of attorney's fee and cost as the court deemed necessary under 28 U.S.C § 1988.

45. The under the penalty of perjury the foregoing is true and correct of all the allegation as set forth herein in this complaint.

Dated: Honolulu, Hawai'i February 27, 2018

Respectfully submitted,

Yurie Yamano plaintiff pro se.

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing document to be mailed via U.S. postage prepaid to the parties as listed below on the date as signed herein:

CHONG, NISHIMOTO, SIA, NAKAMURA & GOYA
1003 Bishop Street, suite 2500
Honolulu, Hi 96813
ATTORNEY FOR DEFENDANT Katie Huang MD.

THOMAS E. COOK,
MALIA E. SCHRECK
841 Bishop Street, Suite 1800
Honolulu, Hi 96813

ATTORNEYS FOR Keiichi Kobayashi MD

OFFICE OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, Hi. 96813
ATTORNEYS FOR THE STATE OF HAWAI'I JUDICIARY

Dated: Honolulu, Hi February 27, 2018

*/s/ Yurie Yamano*
Yurie Yamano plaintiff pro se